UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
FOLEY SQUARE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

John B. Howard,                     §
                  Plaintiffs,       §
                                    §
v.                                  §          Civil Action No.: 1:07-cv-123-DH
                                    §
                                    §
Crowley Maritime Corp.,             §
et al,                              §
                  Defendants.       §

## ORDER

Counsel for the parties have advised the Court on March 13, 2009 that the case

has been settled.  IT IS HEREBY

ORDERED that the Clerk of the Court is directed to enter an order dismissing

the case with prejudice and without costs; provided however that the closing

documents have not been executed and the settlement amount has not been paid on or

before May 15, 2009.  Either party may apply on five days notice for an order either

extending this date or requesting that the matter be restored to the calendar.

Signed at Houston, TX on the ___*16*___ day of March, 2009.

DAVID HITTNER
United States District Judge