UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JOHN B. HOWARD                                                    :          07 CV. 123 (Hittner D.)
                                                                 :
                           Plaintiff             :

                                                                 :          Order to Extend Time
VERSUS                                                           :
                                                                 :
CROWLEY MARITIME CORPORATION                     :
INTREPID SHIP MANAGEMENT, INC.                   :
MARINE TRANSPORT CORP.                           :
MARINE TRANSPORT LINES, INC.                     :
MARINE TRANSPORT MANAGEMENT INC.                 :          **USDC SDNY**
MARINE PERSONNEL & PROVISIONING                  :          **DOCUMENT**
COMPANY LLC.                                                     :          **ELECTRONICALLY FILED**
SHELL OIL COMPANY                                :          **DOC #:**
EQUILON ENTERPRISES LLC, d/b/a                   :          **DATE FILED:** 5/27/09
SHELL OIL PRODUCTS US                            :
                                                                 :
                           Defendants            :
-------------------------------------------------------------x

The Plaintiff and the Shell defendants having advised the court that Shell requires an addition 45 days to provide plaintiff with the settlement funds;

**It is Hereby Ordered** that the Shell defendants shall have until June 30TH to provide plaintiff with the settlement funds, in the absence of which either party may apply on five days notice for an Order either extending this time of restoring the case to t he trial calendar.

Signed at Houston, Texas on **22** of May 15, 2009

David Hittner  USDJ


                                   Tabak Mellusi & Shisha
                                   Attorneys for Plaintiff
                                   By_____
                                   Ralph J. Mellusi

                                   FULBRIGHT & JAWORSKI L.L.P.
                                   Attorney for Shell Defendants

                                   BY_____

Edward Patterson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

JOHN B. HOWARD                                        :        07 CV. 123 (Hittner D.)
                                                     :
                      Plaintiff                      :

                                                     :        Motion to Extend Time to Finalize
VERSUS                                               :        Settlement
                                                     :
CROWLEY MARITIME CORPORATION                         :
INTREPID SHIP MANAGEMENT, INC.                       :
MARINE TRANSPORT CORP.                               :
MARINE TRANSPORT LINES, INC.         :
MARINE TRANSPORT MANAGEMENT INC.                     :
MARINE PERSONNEL & PROVISIONING      :
COMPANY LLC.                                         :
SHELL OIL COMPANY                                    :
EQUILON ENTERPRISES LLC, d/b/a       :
SHELL OIL PRODUCTS US                :
                                                     :
                      Defendants                     :

---------------------=-------------------------------------x


This is a Joint Motion submitted by the Plaintiff and the Shell Oil Defendants (Shell Oil Company, Equilon Enterprises LLC d/b/a Shell Oil Products US requesting an additional 45 days beyond May 15th to consummate the settlement.

A misrouting and apparent loss of the settlement check has caused an unexpected delay.

Plaintiff has received his settlement payment from all other defendants and for this reason, their participation in this motion was not requested nor needed.


Dated New York New York

May 15, 2009

Tabak Mellusi & Shisha

Attorneys for Plaintiff

By__/s/_____

Ralph J. Mellusi

FULBRIGHT & JAWORSKI L.L.P.
Attorney for Shell Defendants

BY__/s/_____

Edward Patterson